**RESNICK & LOUIS, P.C.**
Melissa J. Roose, Esq., SBN: 7889
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
*Attorneys for Defendants,*
*Jesus F. Figueroa and San Martin Trucking LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARITA LETERIELY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JESUS F. FIGUEROA, an individual; SAN MARTIN TRUCKING, LLC, a Foreign Limited Liability Company; DOES I through X, inclusive; ROE CORPORATION I through X, inclusive<br><br>Defendants. | Case No. 2:23-cv-00732-RFB-EJY<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FRCP 26(f) AND LR 26-1(b)** |

COME NOW, Plaintiff MARGARITA LETERIELY ("Plaintiff"), by and through her attorneys, JAMES P. C. SILVESTRI, ESQ. and JOSE E. CARMONA, ESQ., of the law firm PYATT SILVESTRI, and Defendants JESUS F. FIGUEROA and SAN MARTIN TRUCKING, LLC (collectively "Defendants"), by and through their attorney, MELISSA J. ROOSE, ESQ., of the law firm RESNICK & LOUIS, P.C., and hereby submit the following Stipulated Discovery Plan and Scheduling Order pursuant to LR 26-1(b) and Fed. R. Civ. P. 26(f). Deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day.

1. **F.R.C.P. 26(f) Meeting:** Pursuant to F.R.C.P. 26(f), counsel for the parties conferred by telephone to develop a proposed discovery plan on Monday, June 5, 2022. The conference was held by Jose E. Carmona, Esq. of **PYATT SILVESTRI** on behalf of Plaintiff Margarita Leteriely, and Melissa J. Roose, Esq. of **RESNICK & LOUIS, P.C** on behalf of Defendants Jesus F. Figueroa and San Martin Trucking, LLC.

1

2. **Pre-Discovery Disclosures:** Pursuant to F.R.C.P. 26(a)(1), the parties made their pre-discovery disclosures, including any and all information required by F.R.C.P. 26(a)(1) as follows:

   a. **Plaintiff made her** pre-discovery disclosures on June 5, 2023.

   b. **Defendants made their** pre-discovery disclosures on June 2, 2023.

3. **Areas of Discovery:** The parties agree that the areas of discovery should include, but not be limited to, all claims and defenses allowed pursuant to the Federal Rules of Civil Procedures.

4. **Discovery Plan:** The parties propose the following discovery plan:

   a. **Discovery Cut-Off Date [LR 26-1(b)(1)]:** The Defendants filed for removal on May 9, 2023. The proposed last day of discovery shall be **November 6, 2023**, which is calculated as 180 days from the first appearance in Federal Court.

   b. **Amendment of Pleadings and Adding of Parties [LR 26-1(b)(2)]:** The parties shall have until **August 8, 2023**, to file any motion to amend the pleadings or to add parties. This is 90 days before the proposed discovery cutoff date.

   c. **F.R.C.P. 26(a)(2) Disclosures (Experts) [LR 26-1(b)(3)]:** Disclosure of experts shall proceed according to F.R.C.P. 26(a)(2) except that, pursuant to LR 26-1(b)(3): the initial disclosure of experts and expert reports shall occur on **September 6, 2023,** which is 60 days before the proposed discovery cutoff date; and the disclosure of rebuttal experts shall occur on **October 6, 2023**, which is 30 days after the initial disclosure of experts.

   d. **Dispositive Motions [LR 26-1(b)(4)]:** The parties shall have until **December 6, 2023** to file dispositive motions, which is 30 days after the proposed discovery cutoff date.

   e. **Pre-Trial Order [LR 26-1(b)(5)]:** The joint pre-trial order shall be filed by **February 5, 2024**, which is 30 days after the date set for filing dispositive motions. If a dispositive motion is timely filed, this deadline is suspended until 30 days after decision of the dispositive motion or further order of the Court.

   f. **Trial Readiness:** The case should be ready for trial by **May or June of 2024** and is expected to take approximately **6-8 days.**

    g.    **Rule 26(a)(3) Disclosures [LR 26-1(b)(6)]:** Unless otherwise directed by the Court, pretrial disclosures as set out in F.R.C.P. 26(a)(3) and any objections to them shall be included in the joint pretrial order.

    h.    **Court Conferences:** If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

    i.    **Extension or Modifications of the Discovery Plan and Scheduling Order:** LR 26-4 governs modifications or extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than 21 days before the subject deadline unless good cause exists to request an extension thereafter. Any stipulation or motion to extend the discovery period must be made no later than **October 13, 2023**, 21 days before the discovery cut-off date unless good cause exists to request an extension thereafter.

    j.    **Format of Discovery:** Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the FRCP 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

5.    **Alternative Dispute Resolution and Settlement [LR 26-1(b)(7)]:** The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and if applicable, early neutral evaluation.

6.    **Alternative Forms of Case Disposition [LR 26-1 (b)(8)]:** The parties certify that they considered consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The Parties do not

1  unanimously consent to the Magistrate Judge's jurisdiction or to the use of the Short Trial
2  Program.

3  **7.  Electronic Evidence [LR 26-1 (b)(9)]:** The parties certify that they discussed whether they
4  intend to present evidence in electronic format to jurors for the purposes of jury deliberations.
5  The parties may present evidence in electronic format to jurors for the purposes of jury
6  deliberations in compliance with the court's electronic jury evidence display system.

7  **8.  Review of Local Rule 26-1(b):** The parties certify that they have read the text of Local Rule
8  26-1(b), effective as amended April 17, 2020.

9  DATED this 8th day of June, 2023.              DATED this 8th day of June, 2023.

10  PYATT SILVESTRI                                RESNICK & LOUIS, P.C.
    /s/ *Jose E. Carmona*                          /s/ *Melissa J. Roose*
11  JAMES P. C. SILVESTRI, ESQ.                    Melissa J. Roose, Esq.
12  Nevada Bar No. 3603                            Nevada Bar No. 7889
    JOSE E. CARMONA, ESQ.                          8925 W. Russell Road, Suite 220
13  Nevada Bar No. 14494                           Las Vegas, Nevada 89148
    701 Bridger Ave., Suite 600                    Attorney for Defendants,
14  Las Vegas, NV 89101                            *Jesus F. Figueroa and San Martin Trucking*
    Attorneys for Plaintiff,                       *LLC*
15  *Margarita Leteriely*

16

17

18                                                 IT IS SO ORDERED.
19
20                                                 _____
21                                                 UNITED STATES MAGISTRATE JUDGE

22                                                 Dated:  June 8, 2023

4