| | |
|---|---|
| 1 | **RESNICK & LOUIS, P.C.** |
| | Melissa J. Roose, Esq., SBN: 7889 |
| 2 | 8945 W. Russell Road, Suite 330 |
| | Las Vegas, NV 89148 |
| 3 | Telephone: (702) 997-3800 |
| | Facsimile: (702) 997-3800 |
| 4 | mroose@rlattorneys.com |
| 5 | *Attorneys for Defendants,* |
| | *Jesus F. Figueroa and San Martin Trucking, LLC* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARITA LETERIELY, an individual, | Case No. 2:23-cv-00732-RFB-EJY |
| Plaintiff, | |
| v. | |
| JESUS F. FIGUEROA, an individual; SAN MARTIN TRUCKING, LLC, a Foreign Limited Liability Company; DOES I through X, inclusive; ROE CORPORATION I through X, inclusive | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party claims pending in this civil action. The parties agree that should the Court approve this stipulation, each side shall bear its own attorney's fees and costs.

///

///

///

///

///

///

///

1

APPROVED AND STIPULATED AS TO FORM AND CONTENT:

DATED this 21st day of August, 2023.          DATED this 30th day of August, 2023

**PYATT SILVESTRI**                            **RESNICK & LOUIS, P.C.**

_____                    /s/ Melissa J. Roose
JAMES P. C. SILVESTRI, ESQ.                    MELISSA J. ROOSE, ESQ.
Nevada Bar No. 3603                            Nevada Bar No. 7889
JOSE E. CARMONA, ESQ.                          8945 W. Russell Road, Suite 330
Nevada Bar No. 14494                           Las Vegas, NV 89148
PYATT SILVESTRI                                *Attorneys for Defendants,*
701 Bridger Ave., Suite 600                    *Jesus F. Figueroa and San Martin Trucking,*
Las Vegas, NV 89101                            *LLC*
*Attorneys for Plaintiff,*
*Margarita Leteriely*

**ORDER**

Based on the parties' Stipulation and good cause appearing, IT IS HEREBY ORDERED that this ACTION IS DISMISSED with prejudice, each side to hear its own fees and costs. The Clerk of the Court is directed to CLOSE THIS CASE.

_____
U.S. DISTRICT JUDGE

DATED: August 31, 2023

2